AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

**RECEIVED**
DEC 01 2015
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BEAU BRANDON CROGHAN | ) Case No. 1:15-cr-00048 | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Beau Brandon Croghan,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Access or Attempt to Access Child Pornography, in violatoin of Title 18, United States Code, Sections 2252A(a)(5)(B).

Date:   11/24/2015

WARRANT ISSUED
MARJORIE E. KRAHN, Clerk
By: *[signature]*
DEPUTY CLERK

City and state:   Council Bluffs, IA

Helen C. Adams, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/25/2015, and the person was arrested on *(date)* 12/01/2015
at *(city and state)* Omaha, NE.

Date: 12/01/2015

*[signature]*
*Arresting officer's signature*

Jacob Foiles, Special Agent
*Printed name and title*