United States District Court
Southern District of Iowa

Presiding: Honorable
AUSA:                                             Defense Counsel:
Number:                                           Court Reporter:
UNITED STATES OF AMERICA                          Interpreter:
    vs.                                           Indictment     Information
                                                  Complaint      Warrant
                                                  Code Violation/Offense:

Date:
Time Start:         Time End:
........................................................................................................................
INITIAL APPEARANCE

Defendant Advised of Rights:         ;
to     Retain counsel;     Have CJA appointed counsel;     Have FPD appointed
     Preliminary     Removal Hearing     Arraignment
scheduled for:
........................................................................................................................
ARRAIGNMENT

Advised of charges/maximum penalties:     ;   Plea of not guilty entered
Indicted in True Name:                    ;       as to count(s):
   True Name:                             ;       Accepted:
Reading of Indictment Waived:             ;   Rule 16 material by:
Trial scheduled for:                      ;   Reciprocal discovery by:
Plea entry ddl:                           ;   Pretrial motions by:
                                          ;
........................................................................................................................
BOND

Bond previously set: $                    ;   Bond set: $                    ;
Motions for detention:        ; Detention hearing set:                       ;
     Bond Continued      Deft. Committed
........................................................................................................................
Minutes:




                                                                     Deputy Clerk