AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:15-cr-00048-RP-HCA |
| Beau Brandon Croghan | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States Courthouse Council Bluffs, Iowa | Courtroom No.: Courtroom |
|---|---|
| | Date and Time: 12/3 2015 at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 12/01/2015

*Judge's signature*

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*