# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Criminal No. 1:15-CR-048 |
| | ) | |
| vs. | ) | |
| | ) | |
| **BEAU BRANDON CROGHAN,** | ) | APPEARANCE |
| | ) | |
| **Defendant.** | ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters his appearance as counsel in this case for the Defendant.


    /s/   Michael L. Smart
MICHAEL L. SMART
FEDERAL PUBLIC DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
Phone 712-352-0552
Alt phone: 712-252-4158
Email: Mike_Smart@fd.org

CERTIFICATE OF SERVICE
I hereby certify that on December 2, 2015, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
    /s/ Annette Torgerson