UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA

Request for Modifying the Conditions of Pretrial Supervision

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Beau Brandon Croghan | **Case Number:** | 1:15-cr-00048-001 |

**Name of Judicial Officer:**   Helen C. Adams, U.S. Magistrate Judge

**Charge:**   18 U.S.C. § 2252A(a)(5)(B) – Access or Attempt to Access Child Pornography

**Placed on Bond:**   December 3, 2015

**Type of Bond:**   Personal Recognizance

**Trial Date:**   January 11, 2016

| | | | |
|---|---|---|---|
| **Assistant U. S. Attorney:** | Richard Rothrock | **Defense Attorney:** | Mike Smart |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

To allow the defendant to have contact with his wife, Rebecca Croghan.

## CASE SUMMARY

The defendant appeared in Court for his initial appearance on December 1, 2015. On December 3, 2015, he was released to pretrial supervision with conditions.

The modification request was proposed by the defendant, therefore, no waiver of hearing was signed by the defendant.

Respectfully submitted,

By

*Andrea K. Neumann*

Andrea K. Neumann
Supervising U.S. Probation Officer
Date: December 10, 2015

U.S. V. BEAU CROGHAN (1:15CR00048-001)			MODIFICATION REPORT – DECEMBER 10, 2015

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

AUSA: Richard E. Rothrock			Signature: *Richard E. Rothrock*

THE COURT ORDERS:

☐ No action.

☒ The modification of conditions as noted above, provided that there is not a state no-contact order in place prohibiting such contact.

☐ Other: _____

_____
**Signature of Judicial Officer**

12/15/2015
Date