IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 1:15-cr-48 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| BEAU CROGHAN, | * | |
| | * | ORDER |
| Defendant. | * | |

Before the Court is Beau Croghan's Motion to Continue Trial. The Motion states that the Assistant United States Attorney does not object to the requested continuance. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the Defendant in a speedy trial so as to be excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h) for the following reason(s):

> Delay associated with proceedings to determine competency.
> 18 U.S.C. § 3161(h)(1)(A).
>
> Delay associated with the need to resolve pretrial motions.
> 18 U.S.C. § 3161(h)(1)(D).
>
> Delay associated with consideration by the Court of proposed plea agreement.
> 18 U.S.C. § 3161(h)(1)(G).
>
> Delay associated with absence or unavailability of Defendant or an essential witness. 18 U.S.C. § 3161(h)(3)(A).
>
> Reasonable delay for a defendant who is joined for trial with a co-defendant(s) whose time for speedy trial has not elapsed, and no motion for severance has been granted. 18 U.S.C. § 3161(h)(6).
>
> Case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings. 18 U.S.C. § 3161(h)(7)(B)(ii).
>
> Case is not unusual or complex, but defendant(s) needs time to retain counsel or have continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

| | |
|---|---|
| X | A failure to grant continuance will deny reasonable time necessary for adequate preparation for trial even with the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv). |
| X | Other: to permit additional time for Defendant to research and file a motion to suppress based on recently decided case-law. |

The Motion, therefore, is granted. The Clerk of Court shall place this case on the trial calendar for the two week period beginning July 11, 2016. The deadline for filing pre-trial motions is extended to June 24, 2016.

IT IS SO ORDERED.

Dated this __7th__ day of June, 2016.

_____
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT