# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case  1:15-CR-048** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| **BEAU CROGHAN,** | ) | **MOTION TO SUPPRESS AND** |
| | ) | **BRIEF UNDER SEAL** |
| **Defendant.** | ) | |
| | ) | |

---

COMES NOW counsel for the defendant and moves this court pursuant to LR 5.1(e) to issue an order for filing under seal.  In support thereof, the defendant states to the court:

1.      The defendant has prepared a motion to suppress and accompanying Brief in support thereof.

2.      Because of the contents of the defendant's motion and brief, it would be in the best interests of the defendant for these documents to be filed under seal.

WHEREFORE, the defendant requests  the court order the clerk to file Defendant's Motion to Suppress and accompanying Brief in support thereof under seal.

 /s/ Michael L. Smart
MICHAEL L. SMART
FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, IA 51101
Phone: (712) 352-0552
Alt Phone: (712) 252-4158
E-mail:Mike_Smart@fd.org

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on June 16, 2016, I electronically filed this
document with the Clerk of Court using the ECF system which
will serve it on the appropriate parties.
        /s/ Annette Torgerson