IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | 1:15-cr-48 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| BEAU CROGHAN, | * | |
| | * | ORDER |
| Defendant. | * | |

On June 17, 2016, Defendant Beau Croghan filed a Motion to Suppress in this case. Clerk's No. 33.  Now before the Court is a Motion by the United States requesting that the deadline to respond to Defendant's motion be extended to July 29, 2016.  Clerk's No. 34.  The United States asserts that Defendant's counsel does not object to an extension of the deadline. For the reasons stated therein, the Government's Motion is GRANTED; its response to Defendant's Motion to Suppress shall be filed no later than July 29, 2016.

Because trial in this case is currently set for July 11, 2016, the Court finds that a two-month continuance of the trial date is warranted to permit full resolution of Defendant's pending Motion to Suppress.  The Court further finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the Defendant in a speedy trial so as to be excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h) for the following reason(s): Delay associated with the need to resolve pretrial motions.  *See* 18 U.S.C. § 3161(h)(1)(D). Accordingly, the Clerk of Court shall place this case on the trial calendar for the two week period beginning September 12, 2016.  The deadline for filing pretrial motions is extended to August 26, 2016.

IT IS SO ORDERED.

Dated this __30th__ day of June, 2016.

_____
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT