# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

___

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 1:15-CR-048 |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **DEFENDANT'S MOTION TO** |
| **BEAU CROGHAN,** ) | **CONTINUE TRIAL AND TO** |
| ) | **EXTEND PRETRIAL MOTIONS** |
| ) | **DEADLINES** |
| **Defendant.** ) | |

___

COMES NOW, Defendant, Beau Croghan, through counsel, and moves for a continuance of the trial date and an extension of the pretrial motions deadline. In support of said motion, counsel states:

1. The defendant is charged with Access or Attempt to Access Child Pornography, a violation of Title 18 U.S.C. §§ 2252A(a)(5)(B).

2. Trial is currently scheduled for September 12, 2016.

3. Additional time is needed as there is presently pending before this Court a motion to suppress filed by the defendant, which could be dispositive. Depending on the court's ruling, the case would most likely result in a negotiated plea deal or an interlocutory appeal. An additional 30 day continuance from the date of the trial presently scheduled is being requested.

4. Counsel for the defendant is also requesting that the pretrial motions deadline be extended.

5. Counsel has conferred with Richard Rothrock, the AUSA prosecuting this case, and he does not oppose this motion. Both parties believe that in the interest of

judicial economy, a 30-day continuance would be appropriate.

6. Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable for speedy trial purposes.

WHEREFORE, counsel for the defendant respectfully requests a continuance for an additional 30 days from September 12, 2016 trial date and for an extension of the pretrial motions deadline.

   /s/ Michael L. Smart
MICHAEL L. SMART
ATTORNEY FOR DEFENDANT

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
712-352-0552
Alt phone: 712-252-4158
Email: Mike_Smart@fd.org
Alt email: Annette_Torgerson@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
   /s/ Annette Torgerson

cc via ECF: AUSA